**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

CASE NO.

ASHLEY WHITE,

      Plaintiff,

v.

OILMATIC SYSTEMS, LLC, a
Foreign Limited Liability Company and
MICHAEL ALLORA, JR., individually,

      Defendants.

_____/

**<u>DEFENDANTS' NOTICE OF REMOVAL</u>**

Please take notice that Defendants, OILMATIC SYSTEMS, LLC, and MICHAEL ALLORA, JR., file this Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County Florida, Case No. CACE 19-001485, in which this action is pending, to the United States District Court, Southern District of Florida, Fort Lauderdale Division.

**STATEMENT OF GROUNDS FOR REMOVAL**

1.      Removal is based on federal question jurisdiction because a federal claim appears on the face of the initial pleading filed by Plaintiff, Ashley White.

2.      White's complaint was filed in the Seventeenth Judicial Circuit in and for Broward County on January 22, 2019.  In accordance with section 1446(a), a copy of all process, pleadings and orders served on defendants are attached as **Exhibit A.**

22308566.v1

3.     In her complaint, White alleges violations of the Fair Labor Standards Act, 29 U.S.C. section 201, et seq.  Original jurisdiction exists for these two claims under 28 U.S.C. § 1331.

4.     This Notice is timely filed because Oilmatic Systems, LLC and Michael Allora, Jr. was served with the Complaint on January 30, 2019 and January 31, 2019, respectively.

6.     A copy of this Notice of Removal is being filed simultaneously with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County Florida.

WHEREFORE, Defendant Oilmatic Systems, LLC and Michael Allora, Jr., pursuant to 28 U.S.C. § 1441, including the jurisdictional requirements established by 28 U.S.C. §§ 1331 and in conformance with the requirements set forth in 28 U.S.C. § 1446, gives notice that it removes the captioned case to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

**Dated:**  March 1, 2019

Respectfully Submitted,

**GOLDBERG SEGALLA LLP**
*Attorneys for Defendants, Oilmatic Systems, LLC and Michael Allora, Jr.*
777 Brickell Avenue, Suite 1370
Miami, FL 33131
Telephone:  786-814-4813
Facsimile:  786-814-4899


By:    */s/ Valerie Shea*
       Valerie Shea
       Florida Bar No.:  436800
       vshea@goldbergsegalla.com
       ppowers@goldbergsegalla.com
       jrodriguez@goldbergsegalla.com

2

22308566.v1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

Anthony Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL  33130
Phone:  (305) 416-5000
Fax:  (305) 416-5005
agp@rgpattorneys.com

By:  */s/ Valerie Shea*
       Valerie Shea

3

22308566.v1